1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 SUMER VAINSHTOK,                     )
                                        )
13            Plaintiff,                )   Case No. 06-4277 EDL
                                        )
14     v.                               )
                                        )
15 DEPARTMENT OF HOMELAND SECURITY      )   **STIPULATION TO DISMISS AND**
   ("DHS"); MICHAEL CHERTOFF, Secretary, DHS; )   [~~PROPOSED~~] **ORDER**
16 ALBERTO GONZALES, United States Attorney )
   General; THE UNITED STATES CITIZENSHIP & )
17 IMMIGRATION SERVICES ("USCIS");      )
   EMILIO T. GONZALEZ, Director, USCIS; )
18 ALFONSO AGUILAR, Chief, USCIS; DAVID )
   STILL, District Director, USCIS,    )
19                                      )
              Defendants.               )
20

21     Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, subject to

22 the approval of the Court, to dismissal of the above-entitled action without prejudice because the

23 United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's

24 application for naturalization and agrees to adjudicate such application within 30 days of the

25 dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stip. to Dismiss
C 06-4277 EDL

1 | Date: August 11, 2006 | Respectfully submitted,

2 | | KEVIN V. RYAN
United States Attorney

3

4

5 | | _____/s/_____
ILA C. DEISS
Assistant United States Attorney

6 | | Attorneys for Respondents

7

8 | Date: August 11, 2006 | _____/s/_____
GERI N. KAHN

9 | | Attorney for Plaintiff

10

**ORDER**

11

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14 | Date: August 17, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

(Seal: United States District Court, Northern District of California)

Stip. to Dismiss
C 06-4277 EDL                2